United States District Court
Southern District of Texas
**ENTERED**
April 25, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MICHAEL LOPEZ, et al, | § | |
| Plaintiffs, | § § § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-624 |
| UNDERWRITERS AT LLOYD'S, LONDON, et al, | § § § § | |
| Defendants. | § § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

BE IT REMEMBERED that on this day came on to be heard before the Court the parties' Joint Motion to Dismiss with Prejudice. The Court after considering the Motion, evidence, and argument of counsel is of the opinion that same should be granted. It is therefore,

ORDERED that all parties' Joint Motion to Dismiss with Prejudice is granted, and the claims asserted or which could have been asserted in this case by Plaintiffs Michael Lopez and Delia Lopez and/or under the policies of insurance are hereby dismissed with prejudice. Each party shall bear its own respective costs. This is a final order.

SO ORDERED this 25th day of April, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge